# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America )<br>v. )<br>ANTHONY DEWAYNE YOUNG )<br>)<br>)<br>)<br>)<br>*Defendant(s)* | Case No.   4:25 MJ 6183 PLC<br><br>SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   July 24, 2025   in the county of   St. Louis County   in the   Eastern   District of   Missouri   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

**I state under the penalty of perjury that the following is true and correct.**

*signature: Sammy Numan 7-19*

*Complainant's signature*

Detective Sammy Numan, Ferguson PD

*Printed name and title*

**Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.**

Date:   07/25/2025

*signature: Patricia L. Cohen*

*Judge's signature*

City and state:   St. Louis, Missouri    Honorable Patricia L. Cohen , U.S. Magistrate Judge

*Printed name and title*